1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RICKY LOUA THOR,

11          Petitioner,              No. CIV S-07-00683 ALA HC

12      vs.

13   D.K. SISTO, Warden, et al.,              <u>ORDER</u>

14          Respondents.

15   _____/

16          Petitioner is a state prisoner proceeding pro se and in forma pauperis with an

17   application for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  In his traverse to the answer

18   filed by the respondents, Petitioner has requested the appointment of counsel.  In light of the

19   complexity of the legal issues involved, the court has determined that the interests of justice

20   require appointment of counsel.  *See* 18 U.S.C. § 3006A(a)(2)(B); *see also Weygandt v. Look*,

21   718 F.2d 952, 954 (9th Cir. 1983).

22   /////

23          Accordingly, IT IS HEREBY ORDERED that:

24          1.  The Federal Defender is appointed to represent petitioner.

25          2.  The Clerk of the Court is directed to serve a copy of the petition, the answer,

26   the traverse and this order on David Porter, Assistant Federal Defender.

1

3.  Petitioner's counsel shall contact the Clerk's Office to make arrangements for copies of documents in the file.

DATED: August 28, 2007

/s/ Arthur L. Alarcón
UNITED STATES CIRCUIT JUDGE
Sitting by Designation

2