1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RICKY LOUA THOR,

12              Petitioner,              No. CIV 07-0683 ALA HC

13

14       vs.

15   D.K. SISTO, et al.,

16              Respondents.             <u>ORDER</u>

17   _____/

18       Ricky Loua Thor has filed an application for a writ of habeas corpus

19   under 28 U.S.C. § 2254.  On June 1, 2007 the Court issued an order, pursuant to Rule 4 of the

20   Rules Governing Section 2254 Cases, directing Respondent to file either an answer to Mr.

21   Cowan's petition or a motion to dismiss the petition.  *See* Docket No. 3.  In response to that

22   order, Respondent filed a document on July 31, 2007, entitled "Answer to Petition for Writ of

23   Habeas Corpus."  Although titled as an "Answer," the document requests that Mr. Thor's

24   petition be denied on the merits.  *See* Docket No. 6 at 11 ("Thus, Thor's claim fails here, as it did

25   in the state courts, and his Petition should be denied.").  It also contains a section entitled

26   "Memorandum of Points and Authorities . . ." in which Respondent sets forth substantive

27

28                              -1-

1  arguments on the merits of petitioner's claims.  Petitioner, apparently believing that the

2  document was an answer, filed a traverse on August 9, 2007.

3          The document Respondent filed on July 31, 2007, appears to be neither an answer nor a

4  motion to dismiss.  An answer is not a proper vehicle by which to seek dismissal.  Respondent

5  should instead have requested dismissal by filing a motion to dismiss, which is a proper motion

6  in a § 2254 proceeding.  *White v. Lewis*, 874 F.2d 599, 602-03 (9th Cir. 1989).

7          For the foregoing reasons, IT IS HEREBY ORDERED that:

8          1.   Respondent shall file a properly-titled motion to dismiss, setting forth supporting

9  authority, if any, for the arguments contained in Respondent's "Answer to Petition for Writ of

10 Habeas Corpus," on or before Friday, September 28, 2007.

11         2.  Petitioner shall file a response to Respondent's motion to dismiss on or before

12 Monday, October 15, 2007.

13         3.  Respondent shall file a reply in support of its motion to dismiss on or before Monday,

14 October 22, 2007.

15

16 DATED: August 28, 2007

17                                              /s/ Arthur L. Alarcón
                                                UNITED STATES CIRCUIT  JUDGE
18                                              Sitting by Designation

19

20

21

22

23

24

25

26

27

28                                         -2-