IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICKY LOUA THOR,

    Petitioner,                      No. CIV S-07-00683 ALA HC

    vs.

D.K. SISTO, Warden, et al.,         ORDER

    Respondents.

_____/

    Good cause appearing therefore the order dated August 29, 2007 is VACATED.

DATED: September 27, 2007

                                          /s/ Arthur L. Alarcón
                                          UNITED STATES CIRCUIT JUDGE
                                          Sitting by Designation

1