IN THE UNITED STATES DISTRICT COURT

RICKY THOR,

        Petitioner,                    No. CIV-07-0683 ALA HC

    vs.

D.K. SISTO, et al.,

        Respondents.            ORDER

        Petitioner is directed to file, on or before December 31, 2007, a brief consisting of no more than 7 pages, discussing the following issues:

        (1) What is the applicability, if any, of *Irons v. Carey,* 479 F.3d 658 (9th Cir. 2007) to the question whether Petitioner is entitled to habeas relief on his claim that denial of his parole application violated due process?

        (2) Is a District Court required to grant habeas relief on the basis of the law of the Ninth Circuit when that law does not represent "clearly established Federal law, as determined by the Supreme Court of the United States," 28 U.S.C. § 2254(d)(1)?

/////

DATED: December 19, 2007

                                      /s/ Arthur L. Alarcón
                                      UNITED STATES CIRCUIT JUDGE
                                      Sitting by Designation

1