IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICKY LOUA THOR,

    Petitioner,               No. CIV S-07-00683 ALA HC

    vs.

D.K. SISTO, Warden, et al.,        ORDER

    Respondents.

_____/

    On August 28, 2007, this court filed an order appointing counsel for Petitioner. The court now requests a response from the parties as to the status of the case.

    Accordingly, IT IS HEREBY ORDERED that within thirty-five (35) days of the date of this order, the parties shall file and serve status reports which address the timing and order of the following matters:

        a. Discovery and investigations;

        b. Anticipated motions;

        c. The need for and timing of an evidentiary hearing;

        d. Enumeration and resolution of unexhausted claims; and

        e. Possible future amendments to the pleadings.

The parties are advised that failure to file a timely status report may result in sanctions.

1

1  DATED: December 20, 2007

3                                              /s/ Arthur L. Alarcón
                                               UNITED STATES CIRCUIT JUDGE
4                                              Sitting by Designation