IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICKY LOUA THOR,

    Petitioner,                    No. 2:07-cv-00683 ALA (HC)

    vs.

D.K. SISTO, Warden

    Respondent.                <u>ORDER</u>

_____/

    On July 24, 2008, Ricky Loua Thor's ("Petitioner") application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254(a) (Doc. 1), was denied by this Court. Petitioner has filed a motion to reopen the time to file an appeal (Doc. 25), on the ground that he did not receive the Court's order, which was forwarded to him by his attorney, until August 29, 2008. Respondent is hereby ORDERED to respond to Petitioner's motion on or before September 30, 2008.

/////

DATED: September 10, 2008

                                            /s/ Arthur L. Alarcón
                                            _____
                                            UNITED STATES CIRCUIT JUDGE
                                            Sitting by Designation