IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICKY LOUA THOR,

     Petitioner,          Case No. 2:07-cv-00683 ALA (HC)

    vs.

D.K. SISTO, Warden, et al.,         ORDER

     Respondents.

_____/

     On July 24, 2008, this Court denied Petitioner Ricky Thor's application for a writ of habeas corpus, and on July 25, 2008, the Clerk's Office entered the judgment. (Docs. 23, 24). On September 4, 2008, the Clerk's Office filed Petitioner's Notice of Appeal and "Motion to Reopen the Time to File an Appeal" pursuant to Rule 4(a)(6) of the Federal Rules of Appellate Procedure. (Docs.25, 26). This Court ordered Respondents to respond to Petitioner's Motion. (Doc.27).

     Petitioner declares that attorney J. Toney sent him a letter postmarked August 22, 2008, along with this Court's Order denying Petitioner's application for a writ of habeas corpus. (Doc. 25). Petitioner also declares that he did not receive the letter and judgment until August 29, 2008. (*Id*.). With his motion, Petitioner included the letter from attorney J. Toney dated August 21, 2008, and the envelope postmarked August 22, 2008. (*Id*.).

1     Respondents filed a "Statement of Non-opposition to Petitioner's Motion to Reopen
2 Time to File an Appeal." (Doc. 29).  Respondents' response states that "no party would be
3 prejudiced by granting this motion." (*Id*.).
4     Accordingly, Petitioner's "Motion to Reopen Time to File an Appeal" is hereby
5 GRANTED.  Petitioner has demonstrated that he did not receive notice of the judgment
6 dismissing his habeas petition; he filed the motion within 180 days of the entry of the judgment;
7 and the court finds no party would be prejudiced. *See* Fed R. App. P. 4(a)(6).  IT IS SO
8 ORDERED.
9 /////
10 DATED: September 29, 2008

                                     /s/ Arthur L. Alarcón
                                     UNITED STATES CIRCUIT JUDGE
                                     Sitting by Designation