IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICKY LOUA THOR,

    Petitioner,                      No. CIV S-07-0683 WBS KJM P

  vs.

D. K. SISTO, et al.,

    Respondents.                <u>ORDER</u>

                                    /

        The undersigned hereby recuses herself from this action pursuant to 28 U.S.C. § 455(a). Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly refer this case to another magistrate judge for any further proceedings which may be appropriate or required. The Clerk of the Court shall make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

DATED: June 16, 2010.

                                                          U.S. MAGISTRATE JUDGE

1
thor0683.rec